IN THE MATTER OF THE ASSIGNMENT OF ELIAS
EHLER.

*Chattel mortgage—Book accounts included in—Lien on.*

Book accounts are not the subject of a chattel mortgage, but
   when specially included therein, it operates as a lien on
   such accounts or the proceeds thereof.
*Decided March* 18, 1889.

C. CRANE & Co., represented to the court that
they were the holders of a note executed by Elias
Ehler for $12,769, secured by a chattel mortgage
conveying to them among other property " all the
accounts due Elias Ehler on book account." The
assignee has disposed of all the property which came
into his hands, except the accounts due to Elias
Ehler, and has distributed the proceeds and has col-
lected a large amount of said accounts. The claim
of Crane & Co., has not been paid in full, and they
claim to have a lien upon said accounts or the pro-
ceeds thereof, and ask that the assignee be ordered
to pay over to them the amount which he has col-
lected on the accounts. The assignee denies that
Crane & Co., has a lien upon the accounts.

*Follett, Hyman & Kelly,* for plaintiff.

*Drausin Wulsin* and *Archer & McNeil,* for de-
fendants.

GOEBEL, J.

Estate of Dr. Joseph Garrettson, Deceased.

1. The words "goods and chattels" in the chattel mortgage do not include choses in action; such words refer to and include personal property which is visible, tangible or movable. Hence book accounts are not the subject matter of a chattel mortgage.

2. When such accounts are specifically included in a chattel mortgage, it operates as an assignment, whatever may be its form, and it is in legal effect a mortgage creating a specific lien on the accounts assigned or the proceeds thereof.